IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kennedy, Pamela L

Printed: 10/29/08

Case Number: 07 B 01044
Judge: Hollis, Pamela S
Filed: 1/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008
Confirmed: June 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,302.21 |
| Priority: |  | 106.38 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 391.41 |
| Other Funds: |  | 0.00 |
| Totals: | 6,800.00 | 6,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,000.00 | 3,000.00 |
| 2. | Internal Revenue Service | Priority | 106.38 | 106.38 |
| 3. | Providian National Bank | Unsecured | 9,571.20 | 1,801.76 |
| 4. | NICL Laboratories | Unsecured | 168.79 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 5,128.09 | 965.35 |
| 6. | Capital One | Unsecured | 2,625.35 | 494.21 |
| 7. | Michael Skaredoff | Unsecured | 2,857.09 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 217.27 | 40.89 |
| 9. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 10. | HSBC | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | First Resolution Investment Corp | Unsecured |  | No Claim Filed |
| 13. | First Resolution Investment Corp | Unsecured |  | No Claim Filed |
| 14. | Argent Care Inc | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | HSBC | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 20. | Park Dansan | Unsecured |  | No Claim Filed |
| 21. | Park Dansan | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 23. | Security Bank | Unsecured |  | No Claim Filed |
| 24. | The Bureau Inc | Unsecured |  | No Claim Filed |
| 25. | Keith Sanders | Unsecured |  | No Claim Filed |
| 26. | William Clark & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Kennedy, Pamela L

Printed: 10/29/08

Case Number:  07 B 01044
Judge:  Hollis, Pamela S
Filed:  1/22/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. East Erie Dental Associates | Unsecured | | No Claim Filed |
| 28. Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 29. Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| | | $ 23,674.17 | $ 6,408.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 248.40 |
| 6.5% | 143.01 |
| | $ 391.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

